**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 97-2216

_____

BRENDA FAYE WRAY,

Plaintiff - Appellant,

versus

GERALD ROBERT HARRISON,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-97-353-3, BK-96-31492-T)

_____

Submitted:  October 30, 1998      Decided:  December 15, 1998

_____

Before ERVIN and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Neil Kuchinsky, KUCHINSKY & ASSOCIATES, P.C., Colonial Heights, Virginia, for Appellant.  Gerald Robert Harrison, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brenda Faye Wray appeals the district court's order affirming the bankruptcy court's order which (1) confirmed the debtor's proposed Chapter 13 plan and (2) imposed sanctions against her attorney. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wray v. Harrison</u>, No. CA-97-353-3 (E.D. Va. Aug. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

<u>AFFIRMED</u>

---

[*] In light of this disposition, we deny Wray's motion for publication of this opinion.